UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY FLORES,

    Plaintiff,

vs

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

Case No. 2:19-cv-11358
Hon. Avern Cohn
Mag. David R. Grand

| Jacob Bender (P78743) | K. Scott Hamilton (P44095) |
|---|---|
| Cooper & Bender, P.C. | Dickinson Wright PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 4153 Occidental Highway | 500 Woodward Avenue, Suite 400 |
| P.O. Box 805 | Detroit, MI  48226 |
| Adrian, MI  49221 | (313) 223-3500 |
| (517) 263-7884 | |

## EXHIBIT INDEX

1. Group Policy No. 510638 007

2. Excerpts from STD Administrative Record (filed under seal)

3. Excerpts from LTD Administrative Record (filed under seal)

    DICKINSON WRIGHT PLLC

    By: /s/ K. Scott Hamilton
    K. Scott Hamilton (P44095)
    Attorneys for Defendant
    500 Woodward Avenue, Suite 4000
    Detroit, MI  48226
    (313) 223-3500
    KHamilton@dickinsonwright.com

Dated:  August 19, 2019

## Certificate of Service

I hereby certify that on August 19, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

/s/K. Scott Hamilton
K. Scott Hamilton (P44095)
Dickinson Wright PLLC
500 Woodward Ave., Ste. 4000
Detroit, MI 48226-3425
313-223-3500
KHamilton@dickinsonwright.com

DETROIT 16344-316 1511681v1